JS-6

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   JONATHAN D. HENDRIX, on behalf of himself          Case No. CV 23-09600-DMG (AJRx)
     and all others similarly situated,
12                                                       **ORDER DISMISSING CLASS
                            Plaintiffs,                  ALLEGATIONS, WITHOUT PREJUDICE,
13                                                       ALLOWING PLAINTIFF TO AMEND
                     v.                                  COMPLAINT TO ADD PAGA,
14                                                       REMANDING THE ACTION TO STATE
     TRADESMEN INTERNATIONAL, LLC, a                     COURT AND GRANTING STIPULATION
15   Delaware limited liability company; W.G. YATES      TO EXTEND TIME TO RESPOND TO
     & SONS CONSTRUCTION COMPANY, a                      INITIAL COMPLAINT**
16   Mississippi corporation; and DOES 1 through 100,
     Inclusive,                                          *Removed from Los Angeles County Superior
17                                                       Court (Case No. 23STCV22804)*
                            Defendants.
18                                                       Complaint Filed:  September 20, 2023
19                                                       Complaint Served:  October 12, 2023
                                                         Current Response Date:  January 24, 2024
20                                                       New Response Date:  March 14, 2024

21

22

23

24

25

26

27

28

                                                 ORDER

Pursuant to the Parties' Stipulation to Extend Time to Respond to the Initial Complaint, filed on January 24, 2024, the Court orders that Plaintiff Jonathan D. Hendrix's class claims in the Complaint are dismissed without prejudice.  Within five court days of the date of this Order, Plaintiff may file an Amended Complaint to add a cause of action under PAGA.  Upon filing of the Amended Complaint, this action will be remanded to State Court, and Tradesmen's and Yates' deadline to answer or otherwise respond to the Complaint is extended from January 24, 2024 to March 14, 2024.

In the future, the parties shall avoid submitting requests for continuance less than five court days prior to the expiration of the scheduled date.  *See* Initial Standing Order at 11 [Doc. # 13]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

**IT IS SO ORDERED.**

DATED:  January 26, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2
ORDER

307825542v.2